**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CARLTON RUSSELL                                                                                         PLAINTIFF

V.                                            4:10CV00313 WRW/JTR

CLAYTON EDWARDS,
Captain White County Jail                                                                         DEFENDANT

**JUDGMENT**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's May 4, 2010 Order.   Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 9th day of June, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE